UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINA RAZAVI,<br><br>        Plaintiff,<br><br>   v.<br><br>NICHOLAS SCHLUCTER,<br><br>        Defendant. | Case No. 5:15-cv-04353-PSG<br><br>**ORDER EXTENDING TIME** |

      Plaintiff Melina Razavi, proceeding pro se, states that she has been unable to find Defendant Nicholas Schlucter's address for service of process and requests more time to find it.[1] Razavi's request is GRANTED and she is ordered to supply that information to the Clerk of Court by February 29, 2016.

      The case management conference currently scheduled for January 26, 2016,[2] is rescheduled to April 26, 2016. The parties' joint case management statement shall be due by April 19, 2016.

**SO ORDERED.**

Dated: December 30, 2015

                                                      PAUL S. GREWAL<br>
                                                      United States Magistrate Judge

---

[1] *See* Docket No. 9.

[2] *See* Docket No. 6.