UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELINA RAZAVI,

        Plaintiff,

   v.

NICHOLAS SCHLUCHTER,

        Defendant.

Case No. 5:15-cv-04353-PSG

**ORDER TRANSFERRING DIVISION**

Civ. L.R. 3-2(c) states that civil actions for which this district is the proper venue "shall be assigned . . . to a Courthouse serving the county in which the action arises. A civil action arises in the county in which a substantial part of the events . . . which give rise to the claim occurred." Plaintiff Melina Razavi alleges claims arising from an incident at Washington Hospital in Fremont, California, which is in Alameda County.[1] All civil actions arising in Alameda County "shall be assigned to the San Francisco Division or the Oakland Division."[2] The court thus ORDERS the Clerk of Court to transfer this case to the San Francisco or Oakland Divisions.

**SO ORDERED.**

Dated: March 1, 2016

                                               PAUL S. GREWAL
                                               United States Magistrate Judge

---

[1] *See* Docket No. 1.

[2] Civ. L.R. 3-2(d).

United States District Court
Northern District of California